961 A.2d 697
IN THE MATTER OF SHELDON HERBERT KRONEGOLD,
AN ATTORNEY AT LAW.

September 10, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–378, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14(a)(4)(E), **SHELDON HERBERT KRONEGOLD** of **ENGLEWOOD,** who was admitted to the bar of this state in 1983, should be suspended from the practice of law for two prospective six-month suspensions, to run consecutively, based on discipline imposed in the State of New York for conduct that in New Jersey violates *RPC* 5.5(a)(2) (assisting a nonlawyer in the unauthorized practice of law) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And respondent having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **SHELDON HERBERT KRONEGOLD** is suspended from the practice of law for a period of six months, effective October 10, 2008, for the unethical conduct found in District Docket No. XIV–07–125E, and suspended from the practice of law for a period of six months, effective April 11, 2009, for the unethical conduct found in District Docket No. XIV–06–273E; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files

proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.